No. 2947

Second Circuit

---

HEARD v. ROGERS

---

(May 13, 1927. Opinion and Decree.)

---

*(Syllabus by the Court)*

1. **Louisiana Digest—Appeal—Par. 511.**

Where the amount in dispute is exactly one hundred dollars, the court will dismiss the appeal ex proprio motu.
Boutte vs. Maillard, 19 La. Ann. 276.

2. **Louisiana Digest—Courts—Par. 128.**

The Court of Appeal has no jurisdiction of a controversy involving only one hundred dollars; for it to have jurisdiction the amount in controversy must exceed that sum, exclusive of interest, unless the suit comes under some special exception.
Constitution of 1921, Article VII, Section 29.

3. **Louisiana Digest—Courts—Par. 3, 128.**

The test of jurisdiction of an appellate court, so far as it is determined by the amount or value in contest, is not the amount or value sued for, but the amount or value remaining in contest when the case has been submitted for decision in the court of original jurisdiction.
Crowell & Spencer Lumber Co. vs. Lynch, et al., 157 La. 21, 101 South. 797.
Morey vs. Gladden, 5 La. App. 301.

Appeal from the Third Judicial District Court of Louisiana, Parish of Union. Hon. S. D. Pearce, Judge.

Action by James P. Heard against Sam Rogers.

There was judgment for plaintiff and defendant appealed.

Appeal dismissed.

H. E. Dawkins, of Farmerville, attorney for plaintiff, appellee.

S. L. Digby, of Farmerville, attorney for defendant, appellant.

REYNOLDS, J. This was a suit to recover $250.00 as the value of a mule run into and so badly crippled as to make it necessary to kill him so as to put him out of pain.

On trial plaintiff entered a remittitur of $150.00 of the amount claimed, thus leaving in dispute exactly $100.00.

Defendant objected to plaintiff entering the remittitur after the case was on trial. We have been unable to find any authority preventing from doing so and defendant has not cited us to any. In our opinion a remittitur may be entered at any time before final judgment.

This court is without jurisdiction where the amount or value remaining in contest when the case was submitted for decision in the trial court does not exceed one hundred dollars, exclusive of interest.

Constitution of 1921, Article VII, Section 29.

Morey vs. Gladden, 5 La. App. —.

The court, having no jurisdiction ratione materiae, the appeal is dismissed by it ex proprio motu at appellant's cost.